

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00536-CV

Peter **MARSHALL** and Broadway 5 Homes, Inc.,
Appellants

v.

**C-6 DISPOSAL SYSTEMS, INC**.,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-16969
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are taxed against appellants Peter Marshall and Broadway 5 Homes, Inc.

SIGNED January 22, 2014.

_____
Rebeca C. Martinez, Justice